**Filed: 03-26-13**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MICHAEL NICKSON, | CV 13-02039-GHK |
| | CR 02-01020-GHK-1 |
| Plaintiff, | |
| | ORDER REQUIRING RETURN |
| vs. | |
| | TO § 2241 MOTION |
| CONRAD GRABER, Warden, | |
| Defendant. | |

Based upon Defendant's Petition pursuant to Title 28, United States Code, Section 2241 filed herein, and good cause appearing:

**IT IS HEREBY ORDERED** that the United States Attorney file a Return to the Petition for Writ of Habeas Corpus on/or before April 22, 2013 accompanied by all records, and that a copy of the Return be served upon Defendant prior to the filing thereof.

**IT IS FURTHER ORDERED** that if the Defendant desires to file a Traverse to the Return, he shall do so by May 13, 2013, setting forth separately: (a) his admission or denial of any new factual allegations of the Return, and (b) any additional legal arguments.

///
///

**IT IS FURTHER ORDERED** that if any pleading or other paper submitted to be filed and considered by the Court does <u>not</u> include a certificate of service upon Plaintiff, or counsel for Plaintiff, it will be stricken from this case and disregarded by the Court.

Dated this 25th day of March 2013.

_____
GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE